IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| EMPIRE FIRE AND MARINE INSURANCE COMPANY | § | |
| | § | CIVIL ACTION NO. 9:07cv45 |
| v. | | |
| | § | |
| MATTHIAS SERVICE COMPANY LP, ET AL. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the above-styled lawsuit be administratively closed. No written objections have been filed to the Report and Recommendation. Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the above-styled lawsuit is **ADMINISTRATIVELY CLOSED**. The parties may seek to place this case back on the active docket at the appropriate time.

So **ORDERED** and **SIGNED** this **2** day of **August, 2007.**

_____
Ron Clark, United States District Judge